# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 87 MAL 2015
:
               Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JOSE VARGAS, :
:
               Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 89 MAL 2015
:
               Respondent :
: Cross Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
:
JOSE VARGAS, :
:
               Cross Petitioner :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 27th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.